UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY E. LEWIS,　　　　　　　　　　　　No. C 12-6221 SI (pr)

　　　　　Petitioner,　　　　　　　　　　　　**ORDER EXTENDING DEADLINES**

　　v.

M. SPEARMAN, warden,

　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　/

　　　Respondent has filed an *ex parte* request for a 60-day extension of time to file a dispositive motion or other responsive pleading. Upon due consideration of the request and the accompanying declaration of attorney Pamela Critchfield, the court GRANTS the request. (Docket # 5.) The court now sets the following new briefing schedule: Respondent must file with the court and serve upon petitioner, on or before **August 16, 2013**, a motion to dismiss the petition or a notice that respondent is of the opinion that a motion to dismiss is unwarranted. If petitioner wishes to oppose the motion to dismiss, he must do so by filing an opposition with the court and serving it upon respondent on or before **September 13, 2013**. Respondent may file and serve a reply on or before **September 27, 2013**.

　　　IT IS SO ORDERED.

DATED: June 28, 2013　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge